Complaint-1 January 22 2018 Yolanda M. Williams
Civil lawsuit#                                         Plaintiff
                          -vs-
                  Former Judge Shawna L. Reagin defendant

Affidavit Of INdigency
(Pauper's Oath)

United States District Court
Southern District of Texas
FILED
JAN 2 2 2018
David J. Bradley, Clerk of Court

IN THE INTEREST OF Yolanda M Williams
IN THE FEDERAL DISTRICT COURT OF
HARRIS County, TEXAS.

AFFidavit Of INAbility TO Post Cost Deposit.

TO THE Honorable Judge OF SAID COURT:

Comes Now, Yolanda M. Williams, Movant
in the above-styled and Numbered Cause and makes
this Affidavit to the Court that "I am unable to pay
the Court Casts. I verify that the Statements made
in this afficlavit are true and Correct,"

Nature and Amount of employment income          0
Other income (INterest, dividends, etc.)        0
Spouse's INCome___ available/___ unavailable/ ✓ ___ N/A
Nature and Amount of governmental entitlement income
      $248.00
Monthly expense (estimated) 0
Debts 100K++
Non-Cash assets 0
Cash assets 0

Complaint-2 January 22 2018 Yolanda M. Williams

Civil lawsuit#

-VS-

Former Judge ShawNa L. Reagin

# Affidavit Of INdigency
## (Pauper's Oath)

### IN THE INTEREST OF Yolanda M Williams

IN THE FEDERAL DISTRICT COURT OF HARRis County, TEXAS.

Affidavit of INAbility TO Post Cost Deposit.

TO THE Honorable Judge OF SAID COURT:

Comes Now, Yolanda M. Williams, Movant in the above-styled and Numbered Cacese and makes this Affidavit to the Court that "I am unable to pay the Court Casts. I verify that the Statements made in this affidavit are true and Correct;"

Nature and Amount of employment income       0   —

Other income (INterest, dividends, etc.)       0   /

Spouse's INCome____ available/___ unavailable/ ✓ N/A

Nature and Amount of governmental entitlement income
$248.00

Monthly expense (estimated)   0

Debts 100K++

NoN-Cash assets 0

Cash assets 0

Yolanda M. Williams
1/22/18