Complaint-1 January 22 2018    Yolanda M. Williams
Civil Lawsuit#                                Plaintiff
                          -vs-
                  Former Judge Shawna L. Reagin
                                              defendant

# IN THE FEDERAL DISTRICT COURT
# OF HARRIS COUNTY, TEXAS

## JURISDICTION

1. This Court has jurisdiction over this matter under 28 U.S.C. § 1331 federal question. Jurisdiction arises pursuant to 42 U.S.C § 1983.

Venue is proper pursuant to 28 U.S.C § 1391 because defendant is a federal government official and the plaintiff lives in this district.

2. The plaintiff can beyond reasonable doubt prove her case

## STATEMENT

Plaintiff, Yolanda M. Williams bring forth the following cause of action and alleges the following:

1. The Plaintiff is an individual of domestic abuse and a resident of Houston, Texas, USA. Plaintiff is a Native of New Orleans, Louisiana, USA.

2. Defendant, Former Judge Shawna L. Reagin of the Harris County Criminal District Court 176th and at this time defendant is a resident of Texas, USA.

3. On or about August 05, 2011, Plaintiff was arrested at the home of her and her children.

4. On and about March, 2012. The Plaintiff had a pre-sentence investigator without justice being served

Complaint- 273 January 22, 2018    Yolanda M. Williams
Civil lawsuit.                                                    Plaintiff
                              -vs-
                         Former Judge Shawna L. Reagin
                                                          Defendant

ON or about May 22, 2012     Former Judge Shawna L. Reagin enforced a Judgment that sentence Plaintiff to five (5) years in the Texas Department Of Criminal Justice System (prison). Plaintiff was convicted of Aggravated Assault of a family member (estrange abusive husband).    Add Kim agg sau

## Count 1: Injust Judgment Enforcement

Defendant failed to perform the duties as a Judge to uphold the Oath of Justice and Judges to: Perform Justice without respect of person and equal rights to the poor and to the rich. Defendant failure to uphold the oath of Justices and Judges

## Count 2: Civil Rights Violation.

Defendant failed to uphold the law under the Constitution and the law of the United States. Defendant failure to exercise the Standard of Care required by law has resulted in a great loss of the plaintiff family. Children, and property and income.

## Prayer Of Relief

Wherefore, Plaintiff seeks compensatory damages in the amount of (500) hundred million dollars for herself and her children. Plaintiff also seek (6) six million dollars for each of her grandchildren together with medical, dental

Complaint- January 2018 Yolanda M. Williams plaintiff
-vs-
Former Judge Shawna L. Reagin Defendant

And Vision insurance for a lifetime, College Tuition up into a doctorate degree for a lifetime

Dated: 01/22/18

Yolanda M. Williams
Yolanda M. Williams
P.O. Box 2500051
Houston, Texas 77025
281-804-8292

Certificate of Service
I hereby certify that I have served a copy of this document on all person(s) of record either in person or by mailing it postage prepaid on this _23_ day of, 2018 January