1of2 January 22, 2018 Yolanda M. Williams Plaintiff
Civil lawsuit Temp. Motion -Vs-
Former Judge Shawna L. Reagin
Defendant

IN THE MATTER
OF
THE CIVIL LAWSUIT
of
Yolanda M. Williams
-VS-
Former Judge Shawna L. Reagin

IN THE FEDERAL DISTRICT
Court
Of
HARRIS, COUNTY, Texas

Motion For Temporary Orders:

This Motion for temporary Orders is to provide immediate release of the hardship of Yolanda M. Williams, her Children and her grandchildren.

On or about November 09, 2011, defendant, Judge Former Judge Shawna L. Reagin Judgment Enforcement render injustice and a Violation of the Oath of Justice and Judge.
Also Violation of the Constitution and the laws of the United States.

Prayer Relief
Wherefore, Plaintiff asks the Court to grant this temporary order for immediate relief of hardship by granting the Plaintiff and her children with housing, transporation, full coverage Medical Insurance, Full coverage dental Insurance and full coverage Vision insurance. With a $10,000 monthly.

2 of 2          January    2018  Yolanda M. Williams Plaintiff

Civil lawsuit!                              -vs-

                          Former Judge Shawna L. Reagin Defendant

Dated: 01/22/2018

                              Yolanda M. Williams
                              Yolanda M. Williams
                              P.O. Box 2500051
                              Houston, TX 77028
                              281-804-8292